IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **LIZARD APPAREL AND PROMOTIONS, LLC** | : | CIVIL ACTION NO. 3:16-CV-238 |
| | : | |
| | : | JUDGE WALTER H. RICE |
| **PLAINTIFF** | : | |
| | : | |
| VS. | : | |
| | : | |
| | : | **AGREED ORDER RESOLVING** |
| **IMPACT DESIGN LLC** | : | **MOTION FOR TEMPORARY** |
| dba **ALLCUSTOMWEAR.COM** | : | **RESTRAINING ORDER.** |
| | : | |
| and | : | |
| | : | |
| **JOSHUA BATZ** | : | |
| | : | |
| **DEFENDANTS** | : | |

The parties hereby agree that Plaintiff was granted access on June 27, 2016 and will continue to be provided access to the webstores listed in the attached Exhibit A that are operated by Defendant. Said access is client administrative access to the webstores including access to payroll deductions data, allotment data, employee data, sales transactions data, reporting, and financial information from the listed webstores.

Access will continue to be provided as it has previously been until July 15, 2016 at 11:59 p.m. eastern time. Access will be granted specifically for Signature Healthcare including Silver Angels and SCH Medical Partners/Integritas (hereinafter "Signature"). Access to the Signature webstore will remain in place to July 30, 2016 at 11:59 p.m. due to Signature's required later transition date. If Signature transitions occur before July 30, 2016 then Plaintiff shall notify 72 hours before the transition date. Further, until that date, except for operating the webstores in their ordinary course of business, Defendant shall not change the content of the webstores without the prior written consent of Plaintiff. After July 15, 2016 and until July 30, Defendant

1

53467071.3

shall continue to maintain and provide to Plaintiff, for each such webstore, the data described above pertaining to the period up to July 15, 2016.

If either party breaches this agreement, then counsel for the party shall provide written 24 hour notice of the breach before filing a motion with this court to enforce the terms of this order. Should the breach remain uncured after the 24 hour period from deliver of the notice then the party seeking compliance may file a motion with the court.

IT IS HEREBY ORDERED.

_____
Judge Walter H. Rice

Respectfully Submitted,

/s/ Tabitha M. Hochscheid　　　　　　　　　/s/ Michael S. Foster

| | |
|---|---|
| Tabitha M. Hochscheid 0065172 | Michael S. Foster |
| Attorney for Plaintiff | Attorney for Defendants |
| Hochscheid & Associates, LLC | Polsinelli PC |
| 810 Sycamore Street; Suite 420 | 900 W. 48th Place Suite 900 |
| Cincinnati, OH 45202 | Kansas City, MO 64112 |
| 513-338-1818 phone | 816-395-0650 phone |
| 513-263-9046 fax | mfoster@polsinelli.com |
| tmh@hochscheidlaw.com | |

2

53467071.3