# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| LIZARD APPAREL AND PROMOTIONS, LLC, ET. AL. | : : : | CIVIL ACTION NO. 3:16-CV-238 |
| | : | JUDGE WALTER H. RICE |
| PLAINTIFF | : : | |
| VS. | : : | |
| | : | PLAINTIFFS' DISCLOSURE OF |
| | : | LAY WITNESSES |
| IMPACT DESIGN LLC dba ALLCUSTOMWEAR.COM, ET. AL | : : : | |
| DEFENDANTS | : : | |

Now comes the Plaintiffs, by and through counsel and pursuant to the court October 24, 2016 Preliminary Conference Order, and identify the following expert witnesses whom it may call during a trial in this matter. This disclosure is based on information known to Plaintiffs at this time. Because an answer and counterclaim was finally filed today by the Defendants, the Plaintiff is basing its disclosure on its case in chief only. Therefore, Plaintiff reserves the right to disclose other expert witnesses should they be needed to rebut any Defendants' asserted defenses or counterclaims which it received at 5:30 pm March 1, 2017. Plaintiff's current experts are:

1.  Michael J. Lenihan, CPA
    Rudler, PSC
    1881 Dixie Highway Suite 200
    Ft. Wright, KY 41011
    859-331-1717

    Mr. Lenihan is an accounting expert who will testify to the loss of income sustained by the Plaintiff, the value of the accounts Plaintiff lost due to the activity of the Defendants, and the overall value of Lizard before and after then

2.  Plaintiff may utilize an e-commerce platform engineer to testify about the coding used to create e-commerce platforms and the differences between the system created by Plaintiff and the Defendants. Utilization of this expert will depend on what defenses or counterclaims are asserted by the Defendants.

3  Plaintiff also reserves the right to call any expert witness for the Defendants in its case in chief as if on Cross Examination

Dated: March 1, 2017

Respectfully Submitted,

*/s/ Tabitha M. Hochscheid*
Tabitha M. Hochscheid 0065172
Attorney for Plaintiff
Hochscheid & Associates, LLC
810 Sycamore Street; Suite 420
Cincinnati, OH 45202
513-338-1818 phone
513-263-9046 fax
tmh@hochscheidlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Disclosure of Expert Witnesses was served this 1st day of March, 2017 upon the following via ECF and email.

| | |
|---|---|
| Michael S. Foster | Caroline Gentry |
| Geoffrey Fasel | Jay A. Yurkow |
| Attorney for Defendants | Anna Crawford |
| Polsinelli PC | Trial Attorneys for Defendants |
| 900 W. 48TH Place; Suite 900 | Porter Wright Morris & Arthur |
| Kansas City MO 64112 | One Dayton Centre |
| mfoster@polsinelli.com | One South Main Street |
| Gfasel@polsinelli.com | Suite 1600 |
| | Dayton, OH 45402-2028 |
| | 937-449-6748 |
| | cgentry@porterwright.com |
| | acrawford@porterwright.com |

*/s/ Tabitha M. Hochscheid*
Tabitha M. Hochscheid 0065172